THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES STEELE, Appellant.— Motion to present record on typewritten papers granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of WILHELMINA TAYLOR, Appellant, against ECHO MOTOR SALES and THE TRAVELERS INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal upon a typewritten record denied, for the reason, among others, that it appears that an issue of fact was presented herein and " the decision of the Board shall be final as to questions of fact." (Workmen's Compensation Law, § 20.) Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of NETTA WEINFELD, Appellant, against LIPPMAN & SON, INC., and STANDARD SURETY Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal on typewritten record granted, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Mrs. SOPHIE WELLS, Appellant, against JACOB and RAY JARCHO — THE MOHJAR CORP., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to appeal as a poor person granted and Henry H. Greenboch is authorized to prosecute the appeal. Compensation, if any, from the award, to be determined by the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WHITNEY, Relator, v. JOSEPH H. WILSON, Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Time to perfect appeal extended ninety days. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of Supplementary Proceedings: ESBECO DISTILLING CORPORATION, Judgment Creditor, Respondent, v. PETRUS J. BLOCK, Doing Business under the Firm Name and Style of THE MID BLOCK CAFE, Judgment Debtor. MONTROSE INDUSTRIAL BANK, Assignee, Appellant.— Motion for reargument denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of the VILLAGE OF WELLSVILLE, NEW YORK, Petitioner, to Review a Determination, against MILO R. MALTBIE and Others, Constituting the Public Service Commission of the State of New York, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals upon questions presented, denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ. [See post, p. 1029.]